**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Avenue North, Suite 300**
**Great Falls, MT  59401**
**Phone:     (406) 761-7715**
**Email:     Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

JUN 0 3 2026

Clerk, U.S. District Court
District of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**LORNE LYLE LUNDQUIST,**<br><br>Defendant. | **CR 26-41-GF-BMM**<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1)**<br>**Title 21 U.S.C. § 841(a)(1)**<br>**(Penalty for methamphetamine: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and not less than four years of supervised release)**<br>**(Penalty for fentanyl and heroin: 20 years of imprisonment, $1,000,000 fine, and not less than three years of supervised release)**<br><br>**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 2)**<br>**Title 18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)** |

1

|  | **CRIMINAL FORFEITURE**<br>**21 U.S.C. §§ 853(a)(1) and (2)**<br>**21 U.S.C. § 881(a)(11)**<br>**18 U.S.C. § 924(d)** |
| --- | --- |

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in or about the month of June 2025 and continuing through the month of August 2025, at or near Fort Benton, within Chouteau County, and at or near Superior, within Mineral County, in the State and District of Montana, and within the State of Washington, and elsewhere, the defendant, LORNE LYLE LUNDQUIST, knowingly possessed with intent to distribute at least five grams of actual methamphetamine and a substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," both schedule II controlled substances, and a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

///

///

///

///

2

## COUNT 2

That beginning in or about the month of June 2025 and continuing through the month of August 2025, at or near Fort Benton, within Chouteau County, and at or near Superior, within Mineral County, in the State and District of Montana, and within the State of Washington, and elsewhere, the defendant, LORNE LYLE LUNDQUIST, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute controlled substances, as charged in count 1 of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offense set forth in count 1 of this indictment, the defendant, LORNE LYLE LUNDQUIST, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used or intended to be used to facilitate the offense.

///

///

///

3

2.    Upon conviction of the offense set forth in count 2 of this indictment, the defendant, LORNE LYLE LUNDQUIST, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

4